UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 5:20-cr-00333-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| | ) | |
| RESHOD J. EVERETT | ) | |

THIS CAUSE came on to be heard and was heard upon the Motion to Excuse. The Court is of the opinion in this Motion should be granted.

IT IS, THEREFORE, ORDERED that the Motion to Excuse be granted.

Respectfully submitted this the __27__ day of August, 2020.

_____
Honorable Judge Presiding