IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-333-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RESHOD JAMAR EVERETT, ) | |
| ) | |
| Defendant. ) | |

On March 4, 2021, the court held a hearing concerning defendant's motion to suppress [D.E. 66]. At the end of the hearing, the court announced its findings of fact and conclusions of law. As discussed in open court, the court DENIES defendant's motion to suppress [D.E. 66].

SO ORDERED. This 4 day of March 2021.

JAMES C. DEVER III
United States District Judge