UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NO. 5:20CR-00333-D-1

UNITED STATES OF AMERICA )
)
v. )
)
RESHOD JAMAR EVERETT, )
Defendant. )

ORDER

THIS MATTER comes before the Court on the Defendant's motion to for meaningful access to defendant in custody. For good cause having been shown, the Defendant's motion is GRANTED. The United States Marshall for the Eastern District of North Carolina is DIRECTED to place Mr. Everett in a facility that has Jurislink and/or iwebvisit video conferencing capability or move to a closer facility near the United States Courthouse in Raleigh, North Carolina.

IT IS THEREFORE ORDERED, this the 15 day of March, 2021.

Dever
United States District Court Judge