UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 5:20-cr-00333-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| | ) | |
| RESHOD J. EVERETT | ) | |

THIS CAUSE came on to be heard and was heard upon the Motion for Meaningful Access to Defendant. The Court is of the opinion in this Motion should be granted. IT IS, THEREFORE, ORDERED that the United States Marshall for the Eastern District of the North Carolina is DIRECTED to move Defendant to a facility that provides better access to his counsel.

IT IS THEREFORE ORDERED, this the __10__ day of May, 2021.

Honorable Judge Presiding