UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-333-D-1
NO. 5:20-CR-333-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | SUPERSEDING INDICTMENT |
| ) | |
| RESHOD JAMAR EVERETT, ) | |
| a/k/a "Kool" ) | |
| a/k/a "Kool-Aid" ) | |
| ALVIN MILTON DAVIS III ) | |

The Grand Jury charges that:

## COUNT ONE

Beginning in or about 2016, the exact date being unknown to the Grand Jury, and continuing up to and including in or about July 2018, in the Eastern District of North Carolina, and elsewhere, RESHOD JAMAR EVERETT, also known as "Kool" and "Kool-Aid," and ALVIN MILTON DAVIS III, defendants herein, did knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding with each other and other persons, known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute marijuana and tetrahydrocannabinol (THC), Schedule I controlled substances, and cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Quantity of Controlled Substances Involved in the Conspiracy

As to RESHOD JAMAR EVERETT, also known as "Kool" and "Kool-Aid," the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is one thousand (1,000) kilograms or more of a mixture and substance containing a detectable amount of marijuana, a quantity of tetrahydrocannabinol (THC), and five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

As to ALVIN MILTON DAVIS III, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is fifty (50) kilograms or more of marijuana and a quantity of cocaine.

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about July 16, 2018, in the Eastern District of North Carolina, ALVIN MILTON DAVIS III, defendant herein, aiding and abetting another, did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about July 16, 2018, in the Eastern District of North Carolina, ALVIN MILTON DAVIS III, defendant herein, aiding and abetting another, did knowingly and intentionally use and carry a firearm during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged in Counts One and Two of this Superseding Indictment, and did possess such firearm in furtherance of the drug trafficking crime; all in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

## COUNT FOUR

On or about July 16, 2018, in the Eastern District of North Carolina, RESHOD JAMAR EVERETT, also known as "Kool" and "Kool-Aid," defendant herein, aiding and abetting another, did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, and a quantity of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about July 16, 2018, in the Eastern District of North Carolina, RESHOD JAMAR EVERETT, also known as "Kool" and "Kool-Aid," defendant herein, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged in Counts One and Four of this Superseding Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SIX

On or about July 17, 2018, in the Eastern District of North Carolina, RESHOD JAMAR EVERETT, also known as "Kool" and "Kool-Aid," defendant herein, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture and substance containing delta-9-tetrahydrocannabinol (THC), a Schedule I controlled substance, and a quantity of tramadol, a Schedule IV controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

4

## COUNT SEVEN

On or about July 17, 2018, in the Eastern District of North Carolina, RESHOD JAMAR EVERETT, also known as "Kool" and "Kool-Aid," defendant herein, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged in Counts One and Six of this Superseding Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT EIGHT

On or about July 18, 2018, in the Eastern District of North Carolina, RESHOD JAMAR EVERETT, also known as "Kool" and "Kool-Aid," defendant herein, aiding, abetting, counseling, and commanding another, did knowingly and intentionally possess with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

The forfeitable property includes, but is not limited to, the following:

Forfeiture Money Judgment:

a) A sum of money representing the gross proceeds of the offense(s) charged herein against RESHOD JAMAR EVERETT, in the amount of at least $4,000,000.

Personal Property:

b) Approximately $639 in United States Currency seized on July 16, 2018 from a 2014 Cadillac sedan driven by Alvin Milton Davis III.

c) Approximately $5,105 in United States Currency seized on July 16, 2018 from 715-5 Middle Bridge Drive, Fayetteville, NC.

d) Approximately $65,689 in United States Currency seized on July 17, 2018 from 1080 Ronald Reagan Drive, Fayetteville, North Carolina.

e) One CZ Scorpion EVO 3S1, bearing serial number C027092, seized on July 16, 2018 from 715-5 Middle Bridge Road, Fayetteville, NC, and any and all associated ammunition.

f) One Mag Tactical Systems, MG-G4, .223 caliber rifle, bearing serial number MTS07535, seized on July 17, 2018, from 1080 Ronald Reagan Drive, Fayetteville, NC, and any and all associated ammunition.

g) One Tapco USA, SKS, 7.62 x 39 caliber rifle, bearing serial number 409847, seized on July 17, 2018, from 1080 Ronald Reagan Drive, Fayetteville, NC, and any and all associated ammunition.

h) One DPMS, AR-15, .223 caliber rifle, bearing serial number L4021576, seized on July 17, 2018, from 1080 Ronald Reagan Drive, Fayetteville, NC, and any and all associated ammunition.

i) One FN PS90, 5.7X28 caliber rifle, bearing serial number FN113347, seized on July 17, 2018, from 1080 Ronald Reagan Drive, Fayetteville, NC, and any and all associated ammunition.

j) One Ruger P94 .40 caliber handgun, bearing serial number 340-86024, seized on July 17, 2018, from 1080 Ronald Reagan Drive, Fayetteville, NC, and any and all associated ammunition.

k) One M&P Bodyguard .380 caliber handgun, bearing serial number KEL3854, seized on July 17, 2018, from 1080 Ronald Reagan Drive, Fayetteville, NC, and any and all associated ammunition.

l) One M&P Bodyguard .380 caliber handgun, bearing serial number KEK5961, seized on July 17, 2018, from 1080 Ronald Reagan Drive, Fayetteville, NC, and any and all associated ammunition.

m) One M&P Bodyguard .380 caliber handgun, bearing serial number KBA0571, seized on July 17, 2018, from 1080 Ronald Reagan Drive, Fayetteville, NC, and any and all associated ammunition.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 8-17-2021

G. NORMAN ACKER, III
Acting United States Attorney

BY: SCOTT A. LEMMON
Assistant United States Attorney

For

BY: CAROLINE L. WEBB
Assistant United States Attorney

9