IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CR-333-D-1
No. 5:20-CR-333-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| RESHOD JAMAR EVERETT, | ) | |
| a/k/a "Kool" | ) | |
| a/k/a "Kool-Aid" | ) | |
| ALVIN MILTON DAVIS III, | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion of the United States, and for the reasons stated in that Motion, it is hereby ORDERED that Docket Entry 137 be sealed until further notice of this Court.

It is FURTHER ORDERED that the Clerk provide a copy of Docket Entry 137 to the United States Attorney's Office and counsel for the Defendants.

IT IS SO ORDERED, this the 13 day of September, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE