# UNITED STATES OF AMERICA
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## Case No: 5:20-CR-333-1D

**UNITED STATES OF AMERICA**

vs.                                             **ORDER**

**RESHOD JAMAR EVERETT**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on December 14, 2021 be turned over to TFO Roger Moore to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 1 | .380 Caliber Smith & Wesson Bodyguard Handgun with Extended Magazine |
| 2 | .380 Caliber Ammunition |
| 12 | Two Handgun Magazines |
| 13 | Ammunition |
| 14 | Backpack, mason jars, thermos, digital scales |
| 53 | Marijuana |
| 54 | Marijuana |
| 55 | Cocaine |
| 56 | Marijuana |
| 4 | .223 Caliber DPMS Arms AR-15 |
| 5 | Tactical Systems MG-G4 |
| 6 | .57 Caliber PS90 Rifle |
| 7 | 7.62 Caliber Rifle |
| 8 | .40 Caliber Ruger |
| 9 | .380 Caliber Smith & Wesson Bodyguard Handgun |
| 10 | .380 Caliber Smith & Wesson Bodyguard Handgun |
| 11 | .380 Caliber Smith & Wesson Bodyguard Handgun |
| 33 | Tramadol |
| 44 | Box of Kitchen Items |
| 151 | Smoking Gun Apothecary Bags – 1080 Ronald Reagen |
| 45 | Marijuana |
| 46 | Marijuana |
| 47 | Marijuana |
| 48 | Marijuana |
| 49 | Marijuana |

| | |
|---|---|
| 50 | Marijuana |
| 51 | Marijuana |
| 52 | Marijuana |
| 20 | .380 Caliber Ammunition |
| 18 | Box of Kitchen Items |
| 3 | 9mm CZ Scorpion Firearm |
| 16 | THC Wax |
| 19 | Box of Kitchen Items |
| 174 | Ledger |
| 38 | THC Wax |

This 14th day of December, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____