# UNITED STATES OF AMERICA
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
### Case No: 5:20-CR-333-1D

**UNITED STATES OF AMERICA**

vs.                                                                                      **ORDER**

**RESHOD JAMAR EVERETT**

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on December 15, 2021 be turned over to TFO Roger Moore to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
| --- | --- |
| 25 | Magazine and Ammunition for CZ Scorpion |
| 26 | Cocaine |
| 30 | Marijuana |
| 31 | Marijuana |
| 28 | Vacuum Seal Bags |
| 29 | Vacuum Seal Bags |
| 41 | Magazines and Ammunition |
| 36 | THC Edibles |
| 37 | THC Gummies |
| 34 | Cell Phones |

This 15th day of December, 2021.

_JAMES C. DEVER III_
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____