IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-333-D

FILED IN OPEN COURT
ON 5/10/22
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **VERDICT FORM** |
| ) | |
| RESHOD JAMAR EVERETT, ) | |
| a/k/a "Kool" ) | |
| a/k/a "Kool-Aid" ) | |
| ) | |
| Defendant. ) | |

## COUNT ONE

On count one of the indictment, which alleges that from a date unknown, but beginning in or about 2016, and continuing up to in or about July 2018, in the Eastern District of North Carolina and elsewhere, the defendant, RESHOD JAMAR EVERETT, did knowingly and intentionally combine, conspire, confederate, agree, and have a tacit understanding with at least one other person, to knowingly and intentionally distribute or possess with the intent to distribute marijuana or tetrahydrocannabinol ("THC"), Schedule I controlled substances, or cocaine, a Schedule II controlled substance, we the Jury, unanimously find the defendant, RESHOD JAMAR EVERETT:

_____ Not Guilty

__✓__ Guilty

If you find the defendant, RESHOD JAMAR EVERETT, guilty of count one, mark the amount of each controlled substance that you, the Jury, unanimously find attributable to the defendant, RESHOD JAMAR EVERETT. Mark all controlled substances that apply:

Cocaine (choose one amount):

__✓__ 5 kilograms or more

_____ Between 500 grams and 4.99 kilograms

_____ A quantity less than 500 grams

_____ None

Marijuana (choose one amount):

__✓__ 1,000 kilograms or more

_____ Between 100 kilograms and 999.99 kilograms

_____ Between 50 kilograms and 99.99 kilograms

_____ A quantity less than 50 kilograms

_____ None

Tetrahydrocannabinol ("THC") (choose one amount):

__✓__ A quantity

_____ None

## COUNT FOUR

On count four of the indictment, which alleges that on or about July 16, 2018, in the Eastern District of North Carolina, the defendant, RESHOD JAMAR EVERETT, aiding and abetting another, knowingly and intentionally possessed with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, or a quantity of cocaine, a Schedule II controlled substance, we, the Jury, unanimously find the defendant, RESHOD JAMAR EVERETT:

_____ Not Guilty

__✓__ Guilty

If you find the defendant, RESHOD JAMAR EVERETT, guilty of count four, mark the controlled substance or controlled substances that you, the Jury, unanimously find the defendant, RESHOD JAMAR EVERETT, possessed with the intent to distribute on or about July 16, 2018. Mark all that apply:

__✓__ Marijuana

__✓__ Cocaine

## COUNT FIVE

On count five of the indictment, which alleges that on or about July 16, 2018, in the Eastern District of North Carolina, the defendant, RESHOD JAMAR EVERETT, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged in count one or count four of the indictment, we, the Jury, unanimously find the defendant, RESHOD JAMAR EVERETT:

~~JH~~ Not Guilty

✓ Guilty


## COUNT SIX

On count six of the indictment, which alleges that on or about July 17, 2018, in the Eastern District of North Carolina, the defendant, RESHOD JAMAR EVERETT, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing delta-9-tetrahydrocannabinol ("THC"), a Schedule I controlled substance, or a quantity of tramadol, a Schedule IV controlled substance, we, the Jury, unanimously find the defendant, RESHOD JAMAR EVERETT:

\_\_\_\_ Not Guilty

✓ Guilty

If you find the defendant, RESHOD JAMAR EVERETT, guilty of count six, mark the controlled substance or controlled substances that you, the Jury, unanimously find that the defendant, RESHOD JAMAR EVERETT, possessed with the intent to distribute on or about July 17, 2018. Mark all that apply:

✓ Delta-9-tetrahydrocannabinol ("THC")

✓ Tramadol

## COUNT SEVEN

On count seven of the indictment, which alleges that on or about July 17, 2018, in the Eastern District of North Carolina, the defendant, RESHOD JAMAR EVERETT, did knowingly and intentionally possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as alleged in count one or count six of the indictment, we, the Jury, unanimously find the defendant, RESHOD JAMAR EVERETT:

\_\_\_\_ Not Guilty

 Guilty

## COUNT EIGHT

On count eight of the indictment, which alleges that on or about July 18, 2018, in the Eastern District of North Carolina, the defendant, RESHOD JAMAR EVERETT, aiding and abetting another, knowingly and intentionally possessed with the intent to distribute a quantity of marijuana, a Schedule I controlled substance, we, the Jury, unanimously find the defendant, RESHOD JAMAR EVERETT:

\_\_\_\_ Not Guilty

 Guilty

So say we all, this  10  day of May, 2022.

**REDACTED VERSION**
Persuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

_____
Signature of Foreperson