

UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:20-CR-333-1D

UNITED STATES OF AMERICA

vs.

ORDER

RESHOD JAMAR EVERETT

IT IS HEREBY ORDERED that the following government exhibits admitted into evidence on 05/05/2022, 05/06/2022 and 05/09/2022 be turned over to SA Roger Moore, ATF to be retained in his custody until this case is completed, including any matters on appeal:

| No: | Description: |
|---|---|
| 1 | .380 Caliber Smith & Wesson Bodyguard Handgun with Extended Magazine |
| 2 | .380 Caliber Ammunition |
| 3 | 9mm CZ Scorpion Firearm |
| 4 | .223 Caliber DPMS Arms AR-15 |
| 5 | Tactical Systems MG-G4 |
| 6 | .57 Caliber PS90 Rifle |
| 7 | 7.62 Caliber Rifle |
| 8 | .40 Caliber Ruger |
| 9 | .380 Caliber Smith & Wesson Bodyguard Handgun |
| 10 | .380 Caliber Smith & Wesson Bodyguard Handgun |
| 11 | .380 Caliber Smith & Wesson Bodyguard Handgun |
| 12 | Two Handgun Magazines |
| 13 | Ammunition |
| 14 | Backpack, mason jars, thermos, digital scales |
| 16 | THC Wax |
| 18 | Box of Kitchen Items |
| 19 | Box of Kitchen Items |
| 20 | .380 Caliber Ammunition |
| 21 | Duffle Bag |
| 22 | Box of Vacuum Seal Bags |
| 25 | Magazine and Ammunition for CZ Scorpion |
| 26 | Cocaine |
| 28 | Vacuum Seal Bags |
| 30 | Marijuana |

| # | Item |
|---|---|
| 31 | Marijuana |
| 33 | Tramadol |
| 34 | Cell Phones |
| 37 | THC Gummies |
| 38 | THC Wax |
| 40 | Empty Vacuum Seal Bags |
| 41 | Magazines and Ammunition |
| 44 | Box of Kitchen Items |
| 45 | Marijuana |
| 46 | Marijuana |
| 47 | Marijuana |
| 48 | Marijuana |
| 49 | Marijuana |
| 50 | Marijuana |
| 52 | Marijuana |
| 53 | Marijuana |
| 54 | Marijuana |
| 55 | Cocaine |
| 56 | Marijuana |
| 151 | Smoking Gun Apothecary Bags – 1080 Ronald Reagan |

This __10__ day of May, 2022.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____