UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No: 5:20-CR-333-1D



UNITED STATES OF AMERICA

vs.                                                          ORDER

RESHOD JAMAR EVERETT

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 05/09/2022 be turned over to Roger Moore ATF to be retained in his/her custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No: | Description: |
|---|---|
| 197 | Police vest |
| 198 | Police vest |

This 10 day of May, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: _____