IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CR-333

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RESHOD J. EVERETT, | ) | |
| | ) | |
| Defendant. | ) | |

The court DISMISSES as moot defendant's motion for order of designation of record on appeal [D.E. 343]. Cf. [D.E. 344, 345].

SO ORDERED. This 3D day of March, 2026.

JAMES C. DEVER III
United States District Judge